UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
COREY ALEXANDER,

              Petitioner,

-against-

ERCOLE, R.,

              Respondent.
----------------------------------------------------------------X

JUDGMENT
06-CV-3377 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 30 2007 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on March 27, 2007, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       March 30, 2007

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court